

**NUMBER 13-19-00307-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**THE STATE OF TEXAS,**                                                                       **Appellant,**

**v.**

**GILBERT RANGEL,**                                                                               **Appellee.**

---

**On appeal from the 347th District Court
of Nueces County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina
Memorandum Opinion by Justice Hinojosa**

Appellant, the State of Texas, by and through its Assistant District Attorney, the Honorable Douglas K. Norman, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the

appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Do not publish.
*See* Tex. R. App. P. 47.2(b).

Delivered and filed the
31st day of October, 2019.